RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, MONDIER KHAIRA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONDIER KHAIRA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO: 2:16-cr-00183-JAD-PAL |

## STIPULATION TO CONTINUE HEARING ON THE PETITION
## ON SUPERVISED RELEASE [PROPOSED ORDER]

**IT IS HEREBY STIPULATED and AGREED** by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Richard Schonfeld, counsel for offender Mondier Khaira, that the Revocation Hearing currently scheduled for Tuesday July 11, 2019 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court not sooner than 60 days from the current setting.

On June 25, 2019, the magistrate released offender Khaira on bond with conditions pending the revocation hearing. ECF 10. The conditions include home confinement with location monitoring and Soberlink. Id.

1. This Stipulation is entered into because several of the violations alleged are the subject of ongoing prosecutions in state court. Offender Khaira requests the opportunity to defend the criminal charges in those matters prior to adjudication of the related alleged violations. On June 9, 2019, offender Khaira was charged with Conspiracy to Commit Robbery and other offenses in State of Nevada vs. Mondier Singh Khaira, Clark County Justice Court Case No. 19F11491A. The preliminary hearing in that matter is set for July 30, 2019. On July 30, 2018, offender Khaira was charged with Driving under the Influence and another offense in State of Nevada vs. Mondier Singh Khaira, Clark County Justice Court Case No. 18M08084X. The bench trial in that matter is set for August 28, 2019.

2. That counsel for Defendant has been in communication with Assistant United States Attorney Daniel Cowhig and there is no objection to the continuance as outlined above;

3. That Defendant, Mondier Khaira, does not oppose this continuance; and

4. That the interests of justice and judicial economy are served by the requested relief.

**DATED** this ___ day of July, 2019.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **NICHOLAS A. TRUTANICH, USA** | **RICHARD A. SCHONFELD, ESQ.** |
| **DANIEL COWHIG, AUSA** | Nevada Bar No. 6815 |
| 333 Las Vegas Blvd. South, Suite 500 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Mondier Khaira |

**ORDER**

**IT IS HEREBY ORDERED**, based upon the stipulation of the parties and the record in this case and for good cause shown, that the revocation hearing currently scheduled for Tuesday July 11, 2019 at 9:00 a.m., is vacated and continued to September 16, 2019, at the hour of 10:30 a.m.

DATED: July 8, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
Attorney for Defendant, Mondier Khaira