**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, MONDIER KHAIRA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:16-cr-00183-JAD-PAL-1 |
| ) | |
| MONDIER KHAIRA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION TO CONTINUE REVOCATION HEARING ON THE PETITION OF SUPERVISED RELEASE**

**IT IS HEREBY STIPULATED and AGREED** by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and David Z. Chesnoff and Richard Schonfeld, counsel for Mondier Khaira, that the Revocation Hearing currently scheduled for Tuesday, November 24, 2020 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court not sooner than 30 days from the current setting.

The reasons for the requested continuance are:

1.     That counsel for Defendant just received the discovery from United States Probation and will need time to investigate;

2. That counsel for Defendant has been in communication with Assistant United States Attorney Jared Grimmer and there is no objection to the continuance as outlined above;

3. That Defendant, Mondier Khaira, does not oppose this continuance; and

4. That the interests of justice and judicial economy are served by the requested relief.

**DATED** this 18th day of November, 2020.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **NICHOLAS A. TRUTANICH, USA** | **DAVID Z. CHESNOFF, ESQ.** |
| **JARED GRIMMER, AUSA** | Nevada Bar No. 2292 |
| 501 Las Vegas Blvd. South Suite 1100 | **RICHARD A. SCHONFELD, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 6815 |
| Attorney for Plaintiff | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant, Mondier Khaira |

/ / /

## ORDER

**IT IS HEREBY ORDERED**, based upon the stipulation of the parties and the record in this case and for good cause shown, that the revocation hearing currently scheduled for Tuesday, November 24, 2020 at 11:00 a.m., is vacated and continued to December 28, 2020, at the hour of 10:00 a.m.

**IT IS SO ORDERED** this 18th day of November, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

 /s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
Attorney for Defendant, Mondier Khaira